# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re: S.S., Civil Action 2:18-cv-1229; State Court Action 2018C179 (The "1229 Case")

In Re: Z.S., Civil Action 2:18-cv-1230; State Court Action 2018C175 (The "1230 Case")

In Re: M.K., Civil Action 2:18-cv-1231; State Court Action 2018C178 (The "1231 Case")

In Re: E.S., Civil Action 2:18-cv-1233; State Court Action 2018C177 (The "1233 Case")

In Re: K.S., Civil Action 2:18-cv-1234; State Court Action 2018C180 (The "1234 Case")

In Re: C.S., Civil Action 2:18-cv-1235; State Court Action 2018C179 (The "1235 Case")

**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

On October 30, 2018, Magistrate Judge Vascura issued a report and recommendation ("R&R") regarding the initial screen of Plaintiff's Complaints pursuant to 28 U.S.C. § 1915 (e)(2). ECF No. 4. Magistrate Judge Vascura recommended that the Court remand each of the above-captioned actions to the Perry County Court of Common Pleas, Juvenile Division pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction. *Id.* at 3.

Magistrate Judge Vascura notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* at 5. She also specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R. *Id.* at 5.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED**, and each of the above-captioned actions is **REMANDED** to the Perry County Court of Common Pleas, Juvenile Division.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**